1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
        jeldredge@glynnfinley.com
6
   Attorneys for Defendant ConocoPhillips Company
7



8/20/2009

8                   UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 BAY AREA OIL SUPPLY, INC., a          )   **Case No. C09-03686 JW**
   California Corporation,               )
12                                       )   **STIPULATION TO EXTEND TIME TO**
                  Plaintiff,             )   **RESPOND TO COMPLAINT**
13                                       )
        vs.                              )
14                                       )
   CONOCOPHILLIPS COMPANY, a Texas       )
15 corporation and DOES 1 through 10,    )
   Inclusive,                            )
16                                       )
                  Defendants.            )
17 _____)

18     The parties hereby stipulate to extend Defendant ConocoPhillips Company's time to

19 respond to the complaint to November 17, 2009.  This stipulation will not alter the date of any

20 event or deadline already fixed by Court order.

21     IT IS SO STIPULATED.

22 Dated: August 18, 2009                    GLYNN & FINLEY, LLP

23                                             /s/ Jonathan A. Eldredge
                                             Attorneys for ConocoPhillips Company
24

25

26 Dated: August 18, 2009                    BLEAU FOX, A P.L.C.

27                                             /s/ Melissa Rhee
                                             Attorneys for Plaintiff
28

| | |
|---|---|
| 1 | **<u>ATTESTATION PURSUANT TO GENERAL ORDER NO. 45</u>** |
| 2 | I, Jonathan A. Eldredge, attest that concurrence in the filing of this document has been |
| 3 | obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed |
| 4 | document. |
| 5 | I declare under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |

Dated: August 18, 2009                    GLYNN & FINLEY, LLP

                                                                  /s/ Jonathan A. Eldredge
Jonathan A. Eldredge
Attorneys for ConocoPhillips Company